IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | CRIMINAL NO. 02-00210-CB |
|  )  | CIVIL ACTION NO. 04-0220-CB |
| LAMONT SIGLER, ) | |
| Defendant/Petitioner. ) | |

## JUDGMENT

Pursuant to separate order entered this date, it is **ORDERED, ADJUDGED** and **DECREED** that the motion to vacate, set aside or correct sentence filed in the above-styled action be and hereby **DENIED.**

**DONE** this the 15th day of May, 2006.

*s/Charles R. Butler, Jr.*
**Senior United States District Judge**